**FARHANG & MEDCOFF**
——— ATTORNEYS ———
100 South Church Avenue, Suite 311
Tucson, Arizona 85701
T: 520.214.2000
F: 520.214.2001

Roscoe J. Mutz (#030696)
rmutz@farhangmedcoff.com

Jacob R. Valdez (#035634)
jvaldez@farhangmedcoff.com

*Attorneys for Plaintiff Mikki Donley*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikki Donley, an Individual, | Case No. 4:21-cv-00083-DCB |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| v. | |
| American Technologies, Inc., a California Corporation | |
| Defendant. | |

Undersigned counsel for Plaintiff Mikki Donley hereby gives notice that their physical and mailing address has changed. Effective March 1, 2021, Farhang & Medcoff's new address is:

FARHANG & MEDCOFF, PLLC
100 South Church Avenue, Suite 100
Tucson, Arizona 85701

Counsel's email and telephone/fax numbers remain unchanged. The undersigned requests that, moving forward, all documents be served at Farhang & Medcoff's new address.

DATED this 26th day of February 2021.

FARHANG & MEDCOFF

By /s/ _____
Roscoe J. Mutz
Adam T. Peterson
Jacob R. Valdez
*Attorneys for Plaintiff*

00789303.1