**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikki Donley, et al., | No. CV-21-00083-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| American Technologies Incorporated, | |
| Defendant. | |

The Court finding good cause, pursuant to the Parties' Stipulation to Dismiss All Claims with Prejudice,

**Accordingly,**

**IT IS ORDERED,** the Stipulation (Doc. 26) is GRANTED, and all claims are dismissed with prejudice, each party to bear its own attorneys' fees and costs related to this litigation.

Dated this 28th day of March, 2022.

Honorable David C. Bury
United States District Judge